IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 20-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LESLIE CARTWRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on an embedded Motion to File Motion to Suppress Out of Time (Doc. 24, pp. 1-3) and the Government's Motion to Extend Time for Filing of Response to Motion to Suppress Evidence (the "Government's Motion," Doc. 28).

On August 14, 2020, Defendant filed a Motion to Suppress. Doc. 24. The Motion to Suppress was filed after the expiration of the deadline for filing pretrial motions. See Doc. 22 (extending deadline for filing pretrial motions to July 13, 2020). The Motion to Suppress includes an embedded Motion to File Motion to Suppress Out of Time. See Doc. 24, pp. 1-3.

On August 20, 2020, the Government's Motion was filed. Doc. 28. Therein, the Government requests an extension through and including September 30, 2020 to respond to the Motion to Suppress.

This case is set for the November 2, 2020 trial term. Doc. 27.

For good cause shown and following consultation with the chambers of

1

the Honorable Martin Reidinger, the undersigned will grant the embedded Motion to File Motion to Suppress Out of Time, deem the Motion to Suppress timely filed, and grant the Government's Motion in part to provide an extension of time to respond to the Motion to Suppress through and including September 11, 2020.

**IT IS THEREFORE ORDERED** that:

1. The embedded Motion to File Motion to Suppress Out of Time (Doc. 24, pp. 1-3) is **GRANTED**, and the Motion to Suppress (Doc. 24) is **DEEMED TIMELY**.

2. The Government's Motion to Extend Time for Filing of Response to Motion to Suppress Evidence (Doc. 28) is **GRANTED IN PART**, and the deadline for the Government to file a response to the Motion to Suppress is **EXTENDED** through and including September 11, 2020.

Signed: August 21, 2020

W. Carleton Metcalf
United States Magistrate Judge